# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Duncan Andrew Small | ) | Case No. 8:26-mj-01534-NHA |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 16, 2024_____ in the county of _____Pinellas_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent John Chiappone, FBI

_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____March 11, 2026_____

_____
*Judge's signature*

City and state: _____Tampa, FL_____          Natalie Hirt Adams, United States Magistrate Judge

_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John Chiappone, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation and have been so since July 2010.  I am currently assigned as a supervisor in the FBI's Tampa Field Office, located in Tampa, Florida. My official duties include, but are not limited to, the of investigation of domestic terrorism and related crimes as a supervisor of the Joint Terrorism Task Force ("JTTF"). I have received training in obtaining probable cause, surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. I have completed hundreds of hours of training in numerous areas of law enforcement investigations and techniques.  In the course of my employment as a law enforcement officer, I have received training regarding the application for and execution of both search and arrest warrants. During my time on the JTTF, I have participated in multiple investigations concerning international and domestic terrorism and related crimes. I have participated in the execution of search warrants involving electronic evidence as well as physical evidence.

2.     I submit this affidavit in support of a criminal complaint charging Duncan Andrew Small ("**SMALL**"), a United States citizen currently residing in Indian Rocks Beach, Florida, with violating 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

3.      Because this affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other people described in this affidavit are set forth in substance and in part, rather than verbatim.

## STATUTORY AUTHORITY

4.      Title 18 United States Code Section 922(g)(1) provides that "It shall be unlawful for any person – who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year… to . . . possesses in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

## PROBABLE CAUSE: Title 18 United States Code Section 922(g)(1)

5.       On July 14, 2021, **SMALL** was convicted of two felony offenses of Intimidating a Public Servant in violation of Washington Statute 9A.76.180(4) in Lewis County Superior Court in Washington State in Case Number 20-1-00482-21. On July 14, 2021, **SMALL** signed an acknowledgement with the Lewis County Superior Court Clerk's Office that he, "May not own, use or possess any firearm, and under federal law any firearm or ammunition, unless your right to do so is restored by the court…" On February 2, 2026, a Lewis County Prosecutor

confirmed, to Alcohol Tobacco and Firearm (ATF) Special Agent Dwayne Smith, that **SMALL** is not eligible for restoration of his civil rights at this time.

6. Approximately one year later, on or about July 4, 2022, **SMALL** was arrested by Asheville, North Carolina, Police Department ("APD") for attempting to blow up a Confederate monument known as the Vance Monument in downtown Asheville, North Carolina. According to police reports, a witness saw a white male, later identified as **SMALL**, removing items from a grey Kia Forte parked next to the Asheville Museum. The witness saw **SMALL** go over to the Vance Monument, light an explosive, and throw it at the monument. As part of the investigation, an APD certified bomb technician ("**LAW ENFORCEMENT OFFICER 1**") was called to the scene. **SMALL** and an accomplice were arrested at the scene. **SMALL** was initially charged with 1) Possessing a weapon of Mass Destruction and 2) Going Armed to the Terror of the Public. On or about September 9, 2024, **SMALL** was convicted of 1) Possession of Pyrotechnics and 2) Going Armed to the Terror of the Public, Asheville Police Department case 22-013867. **SMALL** was sentenced to 12 months of probation for these misdemeanor charges; he was on pretrial ankle monitoring from July 11, 2022, through September 9, 2024.

7. On or about July 28, 2025, **SMALL** was arrested by Treasure Island Police Department and charged with four felony counts of Threats to a Public Servant (Florida Statute § 838.021 (1A) and four misdemeanor counts of Stalking (Florida Statute § 784.048 (2)). **SMALL** was booked into the Pinellas County Jail

under docket number #2004268. **SMALL** was released with ankle monitor pending prosecution. The State case is pending.

8.      An Android (REVVL 6 Pro) cell phone, IMEI 869589060669944, carrier: T-Mobile, Camera Model TMAF035G ("**DEVICE 1**") was recovered from **SMALL** at the time of his July 28, 2025 arrest.  Agents obtained a warrant to search **DEVICE 1** for evidence of violations of 18 U.S.C. § 2261A (Stalking) and 18 U.S.C. § 371 (Conspiracy). *See* 8:25-mj-2780-AAS.  During the search of **DEVICE 1**, agents observed evidence of other crimes that fell outside the scope of the warrant, that is, evidence of violations of 18 U.S.C. § 922(g)(1) (Unlawful possession of a firearm by a convicted felon). Specifically, agents observed photographs of a person they knew to be **SMALL** holding a firearm.  Based on those observations, agents obtained a new warrant to search for and seize evidence of 18 U.S.C. § 922(g). *See* 8:26-mj-01144-NHA.

9.      As seen in the photographs below, **SMALL**, a convicted felon, is observed holding what appears to be a firearm.



10.     Agents identified the person in the above photograph as **SMALL** after reviewing **SMALL's** Driver and Vehicle Identification Database (DAVID) photograph, as well as physical surveillance of **SMALL**.

11. In addition to the above noted identification, the same tattoo visible in the photograph is identical to one that was observed when **SMALL** was booked into the Pinellas County Jail on July 28, 2025.

12. The metadata for the image above shows the "capture time", which is the precise date and time a photograph or digital file is created, as March 16, 2024, at 2:01:02 PM, from a T-Mobile camera, model TMAF035G. The camera model is consistent with **DEVICE 1**. The latitude and longitude ("LAT/LON"), which is a series of numbers which correspond to a precise location on earth, contained in the meta data indicates the photograph was taken in or near **SMALL's** residence in Indian Rocks Beach, FL 33785 ("**RESIDENCE**"). Since 2007, the **RESIDENCE** has been listed as **SMALL's** address in Florida's Driver and Vehicle Identification Database (DAVID).



13. The metadata for the above image shows the capture time as March 16, 2024, at 2:01:26 PM, from a T-Mobile camera, model TMAF035G. The camera model is consistent with **DEVICE 1**. The LAT/LON contained in the metadata indicates the photograph was taken in or near **SMALL's RESIDENCE**.



14. The metadata for the above image shows the capture time as March 16, 2024 at 2:01:26 PM, from a T-Mobile camera, model TMAF035G. The camera model is consistent with **DEVICE 1.** The LAT/LON contained in the meta data indicates the photograph was taken in or near **SMALL's RESIDENCE**. Metadata also shows as the image as having last been modified on July 15, 2024 at 4:44:16 PM.

15. Agents examined the photographs and identified several characteristics of the firearm. They noted it bore markings that say, "Made in Austria, Glock, Inc., Smyrna, GA." Agents also initially observed the firearm had a partial serial number, a green frame, a black slide and was equipped with a black "Recover GR43" compact rail adapter. Based on further examination of the photographs, agents believed the serial number of the handgun to be "BYWU452."

16. An eTRACE report was submitted to Alcohol Tobacco and Firearms (ATF) with partial serial number B---452. Due to the inclusion of a partial serial number, ATF could not provide an eTrace. Agents later provided the ATF Obliterated Serial Number group with two of the photographs seized from **DEVICE 1**.

17. Agents also provided ATF with information regarding Practical Tactical, a federally licensed firearms business operated by Stephen Small, **SMALL's** father. ATF records show Practical Tactical operates out of the **RESIDENCE** where, as noted above, **SMALL** lives.

18.     Based on all the information provided, ATF identified BYWU452 as a possible serial number. And on a later date, when presented with the photographs of the firearm, ATF Special Agent Dwayne Smith was able to identify BYWU452 as the serial number.  SA Smith took that information and contacted Glock, Inc, who confirmed BYWU452 as a true serial number placed on a firearm manufactured by Glock, Inc.

19.     ATF records show Practical Tactical purchased a Glock 43 bearing serial number BYWU452 from a known firearms dealer. Practical Tactical received the firearm on January 4, 2023, over a year before the photographs found on **Device 1** were taken.

20.     Glock, Inc. provided records to the ATF that confirmed the firearm, BYWU452, was imported from Austria on October 28, 2022.

21.     From July 11, 2022, through September 9, 2024, **SMALL** was ordered to wear an ankle monitor while out on bond on the North Carolina charges. Agents obtained location data from the ankle monitor from the Buncombe County Pretrial Services in Asheville, North Carolina and utilized a law enforcement resource tool to map **SMALL's** location on March 16, 2024, the date the photographs were taken. **SMALL's** ankle monitoring information for March 16, 2024, at 2:01:02 PM and 2:01:26 PM coincides with the location data in the metadata of the photographs, indicating **SMALL** was located at the **RESIDENCE** at the time the photographs were taken.  ATF requires Federal Firearms Licensees ("FFL's") to maintain records

related to their business. These required records include Acquisition & Disposition Record (A&D) Book, the primary record of every firearm received and transferred, ATF Forms 4473 (Firearms Transaction Record) required for retail transfers to non-licensees, and ATF Forms 3310.11 for theft or loss reporting.

22.     As a Federal Firearms Licensee, Practical Tactical is required by ATF regulation to retain documentation connected to this firearm to include documentation connected to Practical Tactical' s purchase of the firearm, and documents explaining its whereabouts. Practical Tactical should also be in possession of documents stating where the firearm was when **SMALL** took image(s) of himself with the firearm on March 16, 2024.  Additionally, there should be documents connected to the sale of the firearm, or, if the firearm was ever sold/stolen/lost. Alternatively, the firearm should still be in the residence.

23.     On or about February 3, 2024, approximately six weeks prior to when the March 16, 2024 photographs were taken, **LAW ENFORCEMENT OFFICER 1,** the APD Certified bomb technician referenced in paragraph 6, received text messages from phone number 503-874-3458.  In addition to the text that reads, "You fucked up Joe," there is an image that appears to be a police officer being shot in the head, with the words "SPEAK TO COPS IN A LANGUAGE THEY UNDERSTAND".



24.     Open-source research revealed the phone number ending in 3458 is associated with "Pinger." Pinger is a Voice Over Internet Protocol (VoIP) application. Voice over Internet Protocol (VoIP), is a technology that allows you to make voice calls using a broadband Internet connection instead of a regular (or analog) phone line. VoIPs are utilized for text messaging, voice calls and other

methods of communication. Based on my training and experience, I know Pinger is commonly used by criminals to mask their identity, devices and location.

25. Utilizing subpoena data, 2703(d) court orders and the information obtained from search warrant of **DEVICE 1,** I was able to determine that the aforementioned threat was sent using **DEVICE 1** and **DEVICE 1** was utilized by **SMALL**.

26. Additionally, on January 9, 2026 at approximately 1:25 PM, Instagram user @slamduncan420 made Instagram/Thread post(s) that stated the following:

> "Everyone defending ICE needs to be rounded up and publicly fed to bears"
>
> In response to the above post, Instagram user @e_a_r_t_h__a_n_g_e_1 stated the following:
>
> "I think I have several agents living on my street"
>
> In response to the above post, Instagram user @slamduncan stated the following:
>
> "You should have a friend message me their names in Minecraft or something"



27.     Information obtained through an Emergency Disclosure Request

served on Meta, Inc. relating to the Instagram account @slamduncan420 revealed

the following:

Email Address: dunc1992@gmail.com
Target: 7556346964

28.     Information previously provided by St. Petersburg Police Department and a state subpoena served on Google relating to the email dunc1992@gmail.com revealed the following:

Name Associated: Duncan Small
Date of Birth: 05/18/1992
Address: 544 20th Avenue, Indian Rocks Beach, Florida 33785
Phone Number: 727-642-6203

29.     Additional investigation revealed that on January 9, 2026 at approximately 1:28 PM, Instagram user @slamduncan420 made Instagram/Thread post(s) that that stated the following:

"I think we should start shooting at ICE. They are the tyrants that 2A is calling for. Calling a human being 'illegal' makes you the tyrant that 2A is for. Block me."



30.     Additional information located in plain view within the Web History of **DEVICE 1** included, "Stop Ice Alerts Network", along with "ICE Raid Alert: bradeton beach, Fl" dated July 5, 2025.

31.     Additional investigation revealed that on January 20, 2026, Instagram user @slamduncan420 made Instagram/Thread post(s) that stated the following: "The more police fuck around, the more radicalized we become. The more ICE fucks around, the more radicalized we become. The more the system fucks around, the more radicalized we become. Do you really want to find out?"



32. On March 11, 2026, a search warrant, 8:26-mj-1496-LSG, was executed on the **RESIDENCE**. During the search the Acquisition and Disposition Record (A&D) Book was located and Glock 43 Serial BYWU452 was notated as Transition # 99 acquired by Practical Tactical on January 6, 2023 from a known firearms dealer. There was no disposition record for the captioned firearm, indicating the firearm should still be with the assigned FFL. During an interview with agents, Stephen Small informed agents that the Glock 43 Serial BYWU452 firearm is located at PUBLIC STORAGE, self-storage service, 13750 Walsingham Road Largo, FL 33774 Unit 3205. Stephen Small signed an FBI FD-26 CONSENT TO SEARCH form witnessed by two agents authorizing the agents to search storage Unit 3205. During the search of the **RESIDENCE**, agents also located spent .22 caliber shell casings in a small, locked container in **SMALL**'s bedroom.

33. On March 11, 2026, agents escorted Stephen Small to PUBLIC STORAGE where they executed a consent search of Unit 3205. A Glock 43 Serial BYWU452 was located in Unit 3205. Stephen Small signed an FD-597 receipt of property and voluntarily turned the captioned firearm over to the FBI.

34. On March 11, 2026, agents interviewed employees at PUBLIC STORAGE. During the interview, agents obtained surveillance video footage from on or about January 13, 2026, at approximately 2:58 PM. In that footage, agents were able to identify **SMALL** accompanying Stephen Small to the PUBLIC

17

STORAGE Unit 3205.  Attached below is a still photo of the video depicting

**SMALL** accompanying Stephen Small to the storage unit.



35.     Based on my training and experience, the above-described actions taken

by **SMALL**, including his convicted acts of violence or threats of violence,

**SMALL's** threats to **LAW ENFORCEMENT OFFICER 1** and **SMALL's** recent

online posts indicating a desire to obtain the home addresses of federal law

enforcement officers and start shooting ICE agents are indicative of **SMALL's**

ongoing criminal activity and intent as he violates 18 U.S.C. § 922(g)(1) (felon in

possession of a firearm**.**

## CONCLUSION

36.     Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit probable cause exists that **SMALL** committed the offense of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) on or about March 16, 2024.

_____
John Chiappone
Supervisory Special Agent
Federal Bureau of Investigation

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 11 day of March 2026.


_____
HON. NATALIE HIRT ADAMS
United States Magistrate Judge

19