UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                    CASE NO.   8:. 26-cr- 113- CEH-AEP

                                          18 U.S.C. § 922(g)(1)
                                        (Possession of Firearm By a Convicted Felon)

DUNCAN ANDREW SMALL

## INDICTMENT

The Grand Jury charges:

MAR 31 2026 PM3:34
FILED - USDC - FLMD - TPA

### COUNT ONE
**(Possession of Firearm By a Convicted Felon)**

On or about March 16, 2024, in the Middle District of Florida, the defendant,

DUNCAN ANDREW SMALL,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1.     Intimidating a Public Servant, sentenced on July 14, 2021, committed on March 14, 2020; and

2.     Intimidating a Public Servant, sentenced on July 14, 2021, committed on March 14, 2020;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock 9mm pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1.    The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By:    _____
Joseph K. Ruddy
Assistant United States Attorney

By:    _____
Daniel M. Baeza
Assistant United States Attorney
Chief, National Security and
International Narcotics Section

3

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

DUNCAN ANDREW SMALL

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 31st day

of March, 2026.

_____   **KARINA NIEVES**
Clerk

Bail $_____